**VIRANY, B.**

v.

**VIRANY, L.**

1785 WDA 2016

Superior Court of Pennsylvania.

06/27/2017

Reargument Denied 9/1/2017

2013–1828 (Washington)

Affirmed

**COM.**

v.

**JOHNSON, A.**

848 EDA 2016

Superior Court of Pennsylvania.

06/28/2017

Reargument Denied 8/25/2017

CP–51–CR–0005617–2009
(Philadelphia)

Vacated/Remanded

**COM.**

v.

**NELSON, T.**

1113 EDA 2016

Superior Court of Pennsylvania.

6/28/2017

CP–51–CR–0005359–2015
(Philadelphia)

Affirmed

**COM.**

v.

**COLLINS, R.**

3249 EDA 2016

Superior Court of Pennsylvania.

06/28/2017

CP–46–CR–0004658–2015
(Montgomery)

Affirmed